1
2
3
4
5
6
7
8

9        **UNITED STATES DISTRICT COURT**

10       **CENTRAL DISTRICT OF CALIFORNIA**

11

12  SHANE NEWMAN,                              Case No. CV 16-04198 BRO (RAO)

13                    Petitioner,

14       v.                                    **ORDER ACCEPTING FINDINGS
                                               AND RECOMMENDATIONS OF**
15  WARDEN,                                    **UNITED STATES MAGISTRATE
                                               JUDGE**
16                    Respondent.

17

18       Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, all of the

19  records and files herein, and the Magistrate Judge's Report and Recommendation.

20  Further, the Court has engaged in a *de novo* review of those portions of the Report

21  and Recommendation to which Petitioner objected.

22       Petitioner argues for the first time in his Objections that he is entitled to

23  equitable tolling of the AEDPA limitations period because he is actually innocent.

24  (Objections at 1-2.)  The Court is not required to consider allegations raised for the

25  first time in objections.  *United States v. Howell*, 231 F.3d 615, 621 (9th Cir. 2000).

26  Notwithstanding Petitioner's failure to raise this claim in a timely manner, the

27  Court determines that it is without merit, and Petitioner is not entitled to equitable

28  tolling.

1    A petitioner may qualify for an equitable exception to AEDPA's limitations

2 period by proving actual innocence.  *McQuiggin v. Perkins*, --- U.S. ---, 133 S. Ct.

3 1924, 1928, 185 L. Ed. 2d 1019 (2013).  But the actual innocence exception has an

4 extremely high threshold requirement which is seldom met.  *Id.*  To be credible, a

5 petitioner's claim of actual innocence must be supported "with new reliable

6 evidence—whether it be exculpatory scientific evidence, trustworthy eyewitness

7 accounts, or critical physical evidence—that was not presented at trial."  *Schlup v.*

8 *Delo*, 513 U.S. 298, 324, 115 S. Ct. 851, 130 L. Ed. 2d 808 (1994).  "'[A] petitioner

9 does not meet the threshold requirement unless he persuades the district court that,

10 in light of the new evidence, no juror, acting reasonably, would have voted to find

11 him guilty beyond a reasonable doubt.'"  *McQuiggin*, 133 S. Ct. at 1928 (alteration

12 in original) (citation omitted).

13    In support of his claim of actual innocence, Petitioner identifies two

14 witnesses, who were not called at trial by defense counsel, and states that "[h]ad

15 they testified, they would have sworn under oath to petitioner's innocence."

16 (Objections at 2.)  Petitioner further states that his counsel knew of this evidence,

17 but did not present it.  (*Id.* at 1.)  Petitioner's conclusory statements in support of

18 his actual innocence claim are insufficient to meet the high threshold for qualifying

19 for this form of equitable tolling.  While Petitioner identifies the two witnesses who

20 allegedly would establish his innocence, he fails to describe what their testimony

21 would have been had they testified, why the witnesses are reliable, or how their

22 testimony would necessarily show that, in light of this new evidence, no reasonable

23 juror would have convicted him when compared with the evidence presented at

24 trial.  Accordingly, Petitioner has failed to carry his burden of showing that he is

25 entitled to equitable tolling based on actual innocence.

26    The Court accepts the findings and recommendations of the Magistrate

27 Judge.

28 ///

2

1    IT IS HEREBY ORDERED that Respondent's Motion to Dismiss the

2  Petition as untimely be granted and that judgment be entered denying the Petition

3  for Writ of Habeas Corpus and dismissing this action with prejudice.

4    IT IS SO ORDERED.

5

6  DATED: December 5, 2016

7

8                                    By: _____

9                                    Honorable Beverly R. O'Connell
                                     United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28