UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE NEWMAN, | Case No. CV 16-04198 BRO (RAO) |
| Petitioner, | |
| v. | JUDGMENT |
| WARDEN, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: December 5, 2016

By: _____

Honorable Beverly R. O'Connell
United States District Court Judge